UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVSION

| | |
|---|---|
| Andrea Chatman,<br><br>    Plaintiff,<br><br>vs.<br><br>Midland Credit Management, Inc.,<br><br>    Defendant. | Case No.: 2:22-cv-07255-DSF-MAR<br><br>**ORDER** |

Based on the Stipulation of counsel, the case is dismissed with prejudice and with each party to bear its own attorneys' fees and costs.

IT IS SO ORDERED.

DATED: January 5, 2023

_____
Honorable Dale S. Fischer
UNITED STATES DISTRICT JUDGE